UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY FULFORD

                        Plaintiff,           **ECF CASE**

     -against-                       Docket No. 07-CV-8247 (BSJ)(RLE)

                                     **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                     Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          October 17, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of
                                        the City of New York
                                        Attorney for defendant City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 442-0832
                                        (212) 788-9776 (fax)


                                        By:   s/ Hugh A. Zuber               .
                                                Hugh A. Zuber (HZ 4935)
                                                Assistant Corporation Counsel

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Colleen M. Meenan, Esq. (By ECF)
Meenan & Associates, LLC
64 Fulton Street, Suite 502
New York, NY 10038