UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

# 07 CV 8247   ECF

Fulford v. City of NY, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

11/16/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8247 (BSJ)(RLE)

-------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____
All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
        11/13/07

/s/ Barbara S. Jones
United States District Judge