# Meenan & Associates, LLC
### Attorneys at Law
www.meenanesqs.com

64 Fulton Street, Suite 502
New York, New York 10038
Phone: (212) 226-7334
Facsimile: (212) 226-7716

January 21, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/08

RECEIVED
JAN 23 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

The Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Fulford v. City of New York, et al.
07 CIV 8247 (BSJ)(RLE)

Dear Judge Ellis:

This firm represents Mary Fulford, plaintiff in the above referenced civil action. I write, with the consent of defense counsel Hugh A. Zuber, to request an adjournment of the preliminary conference presently scheduled for January 29, 2008. This is the first such request and do not believe this request will delay prosecution of this case. Ms. Fulford filed a complaint on September 21, 2007, challenging the actions of two, as yet unnamed defendant New York City police officers who assaulted and falsely arrested her on April 5, 2007.

Defense counsel Zuber, an Assistant Corporation Counsel of the New York City Law Department, represents the City of New York. The City filed an answer to the complaint on or about December 29, 2007.

I am requesting an adjournment because I will be on vacation from January 25 until February 4, 2008. If at all possible, I request this conference be re-scheduled for any day during the week of February 18, 1008. Mr. Zuber did not have any conflicts in his schedule in the near future.

Thank you for your considerations.

Yours truly,

Colleen M. Meenan

COLLEEN M. MEENAN

CMM:cmm
cc: Hugh A. Zuber (By Fax and Mail)

Conference adjourned to February 26, 2008 at 11:00 am

SO ORDERED
Ronald Ellis  1-23-08
MAGISTRATE JUDGE RONALD L. ELLIS