USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY FULFORD,

                    Plaintiff,

- against -

CITY OF NEW YORK, et al.,

                    Defendants.

ORDER

07 Civ. 8247 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 26, 2008,

**IT IS HEREBY ORDERED** that the Parties

1. submit a proposed joint discovery schedule to the Court by **March 4, 2008,** and

2. appear for a subsequent conference before the Court on **June 12, 2008, at 10:00 a.m.**

SO ORDERED this 26th day of February 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge