UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY FULFORD, Plaintiff )
)
v. )
)
CITY OF NEW YORK, POLICE OFFICER )
LEONARDO CAPUTO and SERGEANT )
ROBERT BYRNE, each individually )
and in their official capacities, Defendants )
)

ORDER

Civil Action No. 07 CV 8247 (BSJ)(RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**IT IS HEREBY ORDERED THAT**

1) Plaintiff may file an amended complaint by March 29, 2008 naming Police Officer Leonardo Caputo and Sergeant Robert Byrne as individual defendants,

2) factual discovery will be completed by **May 29, 2008**;

3) plaintiff's expert reports will be completed by **June 29, 2008**;

4) defendants's expert reports will be completed by **July 29, 2008**;

5) expert discovery will be completed by **August 15, 2008**;

6) any dispositive motion contemplated by either party shall be filed by **August 15, 2008**; and

6) a final pre-trial order shall be submitted by the parties on **September 15, 2008**.

7) The next pretrial conference is scheduled for June 12, 2008 at 10:00 AM.

SO ORDERED this 29th day of February 2008
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge