UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY FULFORD,

                       Plaintiff,                    **ECF CASE**

       -against-                            Docket No. 07-CV-8247 (BSJ)(RLE)

                                         **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                    Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Police Officer Leonardo Caputo and Sergeant Robert Byrne, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          April 2, 2008

                                                MICHAEL A. CARDOZO
                                               Corporation Counsel of
                                               the City of New York
                                             Attorney for defendant City of New York
                                             Police Officer Leonardo Caputo and
                                             Sergeant Robert Byrne
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 442-0832
                                             (212) 788-9776 (fax)


                                             By:   s/ Hugh A. Zuber             .
                                                     Hugh A. Zuber (HZ 4935)
                                                     Assistant Corporation Counsel

TO:   The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC:   Colleen M. Meenan, Esq. (By ECF)
      Meenan & Associates, LLC
      64 Fulton Street, Suite 502
      New York, NY 10038